IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KERRITH DUVALL, #594227 | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:18-CV-1028-K-BK |
| | § | |
| WARDEN BEAR, US OF A, and OKLA | § | |
| Respondents. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

SO ORDERED.

Signed May 15th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE